# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Caldera, | No. CV-25-00373-PHX-DJH (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Alfred Ramos, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R") from United States Magistrate Judge Fine (Doc. 32) recommending the dismissal of Defendant Doe from this matter without prejudice. Having reviewed the R&R and there being no objections thereto,

**IT IS ORDERED** that the R&R (Doc. 32) is **adopted** as the Order of this Court. Defendant Doe shall be dismissed from this matter, without prejudice.

Dated this 3rd day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge